UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-147 ADM/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS C. NELSON,<br><br>Defendant,<br><br>WELLS FARGO,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

TO: Douglas C. Nelson, defendant at 1980 W. 7th Street, Apartment 319, St. Paul, MN 55116.
Wells Fargo, garnishee at P.O. Box 29779, Phoenix, Arizona 85038-9779.

A Writ of Continuing Garnishment was duly issued by this Court and personally served on the garnishee on or about March 29, 2002, 2002.

Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about April 4, 2002. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of bank accounts in the amounts of $156.57 in bank accounts.

On or about April 2, 2002, the defendant was personally served with notice of his or her right to a hearing as to this garnishment action. The defendant has waived his right to such a hearing.

FILED APR 15 200[illegible]
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, in care of the Financial Litigation Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, with checks or money orders made payable to the "U.S. Department of Justice," all property of the judgment debtor in their possession, custody or control, as levied upon the Writs of Continuing Garnishment served on March 29, 2002, plus any additional funds deposited from the date of service of the Writs of Continuing Garnishment to the date of this order, up to the full amount of the debt.

Dated: April 15, 2002

Magistrate Judge
United States District Court