UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-147 ADM/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS C. NELSON,<br><br>Defendant,<br><br>US BANK,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about March 29, 2002.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court indicating that defendant did not have bank accounts with garnishee.

On or about April 2, 2002, the defendant was personally served with notice of his right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

Because Garnishee is not in custody, control or possession of any property owned by defendant, this Writ of Garnishment should be released.

APR 29 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on US Bank is hereby released.

Dated: April 29, 2002

Magistrate Judge
United States District Court