UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-147 ADM/AJB

UNITED STATES OF AMERICA,

Plaintiff,

v.

DOUGLAS C. NELSON,

Defendant,

US BANK,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in his bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on March 1, 2006, is hereby released.

Dated: March 20, 2006

s/ Arthur J. Boylan
Magistrate Judge
United States District Court